# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AZRACK, JOAN M. | U.S. DISTRICT COURT, EASTERN DISTRICT NY | 8/9/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank NA Personal Banking NY, NY (multiple accounts) | A | Interest | N | T | | | | | |
| 2. National Life Ins. Co. whole life policy | A | Dividend | N | T | | | | | |
| 3. Oppenheimer: Advantage Bank Deposits various banks (IRA) | A | Interest | J | T | | | | | |
| 4. Fidelity VIP Equity Incm Port - Nationwide annuity contract | | None | M | T | | | | | |
| 5. Fidelity VIP Growth Port - Nationwide annuity contract | | None | K | T | | | | | |
| 6. Fidelity Overseas Port - Nationwide annuity contract | | None | K | T | | | | | |
| 7. Fidelity VIP2 Asst Mgr Port - Nationwide annuity contract | | None | L | T | | | | | |
| 8. PMA: Pimco Low Duration Fund Intl (IRA) | B | Distribution | L | T | Buy (add'l) | 02/27/17 | J | | |
| 9. (continuation of 8) | | | | | Sold (part) | 05/19/17 | J | A | |
| 10. Oppenheimer: Catalyst Inside Buying Fund | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Global Value Fund - Nationwide annuity contract | | None | L | T | | | | | |
| 12. Fidelity Blue Chip Fund - Fidelity 401K (see VIII) | | None | M | T | | | | | |
| 13. Fidelity Diversified intl - Fidelity 401K (see VIII) | | None | M | T | | | | | |
| 14. Fidelity Freedom 2020 Fund - Fidelity 401K (see VIII) | | None | K | T | | | | | |
| 15. Fidelity Contrafund - Fidelity 401K (see VIII) | | None | N | T | | | | | |
| 16. Fidelity Growth & Inc - Fidelity 401K (see VIII) | | None | M | T | | | | | |
| 17. Fidelity Value Fund - Fidelity 401K (see VIII) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Retirement - Fidelity 401K (see VIII) | | None | M | T | | | | | |
| 19. Fidelity Investment Grade Bond Fund - Fidelity 401K (see VIII) | | None | M | T | | | | | |
| 20. Am Century Equity - Fidelity 401K (see VIII) | | None | L | T | | | | | |
| 21. JP Morgan Growth & Income "A" Shares | A | Dividend | J | T | | | | | |
| 22. JP Morgan Intl Opps Fund "A" | A | Dividend | | | Sold | 10/02/17 | J | D | |
| 23. Walt Disney Co common stock | A | Dividend | J | T | | | | | |
| 24. NVIT Money Market I - Nationwide annuity contract | | None | K | T | | | | | |
| 25. Oppenheimer: Eaton Vance Insured NY Muni Bond Fund | C | Int./Div. | L | T | | | | | |
| 26. Oppenheimer: Kinetics Paradigm Adv Cl C | C | Dividend | M | T | | | | | |
| 27. Oppenheimer: Catalyst Inside Buying Fund (IRA) | A | Dividend | K | T | | | | | |
| 28. Oppenheimer: Kinetics Paradigm Fund (IRA) | A | Dividend | K | T | | | | | |
| 29. Oppenheimer: Voya Global Equity Div & Prm Opp Fund (IRA) | B | Dividend | J | T | | | | | |
| 30. PMA: Vanguard High Yield Adm (IRA) | C | Distribution | L | T | Buy (add'l) | 02/27/17 | J | | |
| 31. (continuation of 30) | | | | | Buy (add'l) | 05/22/17 | J | | |
| 32. Oppenheimer: Kinetics Paradigm Adv C (IRA) | A | Dividend | K | T | | | | | |
| 33. PMA: Vanguard Short Term Investment Grade Fund (IRA) | C | Distribution | L | T | Sold (part) | 05/19/17 | J | A | |
| 34. (continuation of 33) | | | | | Buy (add'l) | 02/27/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PMA: MetWest Intermediate Bond Fund | A | Distribution | K | T | Buy (add'l) | 03/07/17 | J | | |
| 36. (continuation of 35) | | | | | Buy (add'l) | 11/21/17 | J | | |
| 37. Northwestern Mutual Life Ins. whole policy | B | Dividend | L | T | | | | | |
| 38. Oppenheimer: First Trust Strategic High Income Fund (IRA) | A | Dividend | J | T | | | | | |
| 39. PMA: Vanguard Internet Term Investment Grade Fund (IRA) | C | Distribution | L | T | Buy (add'l) | 02/27/17 | J | | |
| 40. (continuation of 39) | | | | | Buy (add'l) | 05/19/17 | J | | |
| 41. NVIT Intl Equity Fund - Nationwide annuity contract | | None | K | T | | | | | |
| 42. NVIT Multi Mngr Intl Gr I - Nationwide annuity contract | | None | K | T | | | | | |
| 43. JP Morgan Mid Cap Growth | A | Dividend | K | T | | | | | |
| 44. NVIT Large Cap Gr I - Nationwide annuity contract | | None | L | T | | | | | |
| 45. Oppenheimer: Invesco Tr Inv Gr NY Muni | C | Int./Div. | L | T | | | | | |
| 46. Oppenheimer: Large Cap formerly Black Rock (IRA) | A | Dividend | K | T | | | | | |
| 47. Oppenheimger: Large Cap formerly Black Rock (IRA) | A | Dividend | K | T | | | | | |
| 48. Oppenheimer: Advantage Bank Deposits in various banks (IRA) | A | Interest | J | T | | | | | |
| 49. PMA: Columbia Midcap Value Fund (IRA) | A | Distribution | | | Sold (part) | 02/27/17 | J | A | |
| 50. (continuation of 49) | | | | | Sold | 07/18/17 | K | B | |
| 51. PMA: FMI Large Cap Fund (IRA) | A | Distribution | | | Sold | 07/18/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PMA: Jensen Quality Grade (IRA) | A | Distribution | K | T | | | | | |
| 53. PMA: Odyssey Growth Fund (IRA) | A | Distribution | K | T | Sold (part) | 02/27/17 | J | A | |
| 54. (continuation of 53) | | | | | Sold (part) | 05/19/17 | J | A | |
| 55. (continuation of 53) | | | | | Sold (part) | 11/17/17 | J | A | |
| 56. PMA: T Rowe Price Small Cap Stock Fund (IRA) | A | Distribution | K | T | Sold (part) | 02/27/17 | J | A | |
| 57. (continuation of 56) | | | | | Sold (part) | 11/17/17 | J | C | |
| 58. PMA: Vanguard Extended Market Index (IRA) | A | Distribution | L | T | | | | | |
| 59. PMA: Vanguard 500 Index Fund (IRA) | B | Distribution | M | T | Sold (part) | 02/27/17 | K | A | |
| 60. (continuation of 59) | | | | | Sold (part) | 11/17/17 | J | A | |
| 61. PMA: Harbor Intl Fund (IRA) | A | Distribution | K | T | Sold (part) | 05/19/17 | J | A | |
| 62. (continuation of 61) | | | | | Sold (part) | 11/17/17 | J | B | |
| 63. PMA: T. Rose Price Intl (IRA) | A | Distribution | K | T | | | | | |
| 64. PMA: Vanguard Intl Index Fund (IRA) | A | Distribution | K | T | Sold (part) | 02/27/17 | J | A | |
| 65. (continuation of 64) | | | | | Sold (part) | 05/19/17 | J | A | |
| 66. (continuation of 64) | | | | | Sold (part) | 11/19/17 | J | A | |
| 67. PMA: Harbor Intl Fund | A | Distribution | K | T | Buy (add'l) | 03/19/17 | J | | |
| 68. (continuation of 67) | | | | | Buy (add'l) | 11/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PMA: Odyssey Growth Fund | A | Distribution | K | T | | | | | |
| 70. PMA: Odyssey Aggressive Growth Fund | A | Distribution | K | T | | | | | |
| 71. PMA: Vanguard Intl Index Fund | A | Distribution | K | T | Buy (add'l) | 03/07/17 | J | | |
| 72. PMA: Vanguard Extended Market Index Fund | A | Distribution | K | T | | | | | |
| 73. PMA: Columbia Mid Cap Value Fund | A | Distribution | | | Sold | 07/18/17 | K | A | |
| 74. PMA: FMI Large Cap Fund | A | Distribution | | | Sold | 07/18/17 | J | A | |
| 75. PMA: Jensen Quality Growth | A | Distribution | K | T | | | | | |
| 76. PMA: Vanguard 500 Index Fund | B | Distribution | L | T | | | | | |
| 77. PMA: Pimco Low Duration Fund | A | Distribution | K | T | Sold (part) | 05/19/17 | J | A | |
| 78. PMA: Vanguard High Yield Corporate Fund | A | Distribution | J | T | Buy (add'l) | 03/07/17 | J | | |
| 79. (continuation of 78) | | | | | Buy (add'l) | 05/22/17 | J | | |
| 80. (continuation of 78) | | | | | Buy (add'l) | 11/21/17 | J | | |
| 81. PMA: Vanguard Limited Term Tax Exempt Fund | A | Distribution | K | T | Buy (add'l) | 03/07/17 | J | | |
| 82. (continuation of 81) | | | | | Sold (part) | 05/19/17 | J | A | |
| 83. (continuation of 81) | | | | | Buy (add'l) | 11/17/17 | J | | |
| 84. PMA: Vanguard Intmd Term Tax Exempt Fund | A | Distribution | K | T | Buy (add'l) | 03/07/17 | J | | |
| 85. PMA: T Rowe Price Equity Inc. | A | Distribution | K | T | Buy (add'l) | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. (continuation of 85) | | | | | Buy (add'l) | 11/21/17 | J | | |
| 87. PMA: American Beacon Intl Fund (IRA) | A | Distribution | K | T | | | | | |
| 88. PMA: Vanguard Growth Index Fund (IRA) | A | Distribution | K | T | Sold (part) | 02/27/17 | J | A | |
| 89. (continuation of 88) | | | | | Sold (part) | 05/19/17 | J | A | |
| 90. (continuation of 88) | | | | | Sold (part) | 11/17/17 | J | A | |
| 91. PMA: T Rowe Price Equity Income Fund IRA | B | Distribution | L | T | Sold (part) | 02/27/17 | J | A | |
| 92. (continuation of 91) | | | | | Sold (part) | 11/17/17 | J | C | |
| 93. PMA: Vanguard Growth Index Fund | A | Distribution | K | T | | | | | |
| 94. Oppenheimer: Black Rock Muni Yield NY Qlty Fund Tax Free | C | Int./Div. | | | Sold | 06/07/17 | L | A | |
| 95. PMA: MetWest Intermediate Bond Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 02/27/17 | J | | |
| 96. (continuation of 95) | | | | | Buy (add'l) | 05/22/17 | J | | |
| 97. McDonald's common stock | A | Dividend | J | T | | | | | |
| 98. Coca Cola common stock | A | Dividend | J | T | | | | | |
| 99. Nike common stock class B | A | Dividend | J | T | | | | | |
| 100. PMA: Fidelity Gvt Cash Reserves (see VIII) | A | Distribution | J | T | | | | | |
| 101. PMA: USAA Short Term Bond Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 02/27/17 | J | | |
| 102. (continuation of 101) | | | | | Sold (part) | 05/19/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PMA: Fidelity Govt Cash Reserves (IRA) (see VIII) | A | Distribution | K | T | | | | | |
| 104. Dodge Cox STK | A | Distribution | J | T | Buy | 02/27/17 | J | | |
| 105. Nuveen NY Mun Value FD Tax Free Com | B | Int./Div. | L | T | Buy | 06/07/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PMA as used in Section VII refers to Prudential Management Associates, which maintains managed asset portfolios (individual and IRA) consisting of investments identified in that section.

Oppenheimer as used in Section VII refers to Oppenheimer & Co., Inc., which maintains brokerage accounts (individual and IRA) consisting of investments identified in that section.

Fidelity 401K as used in Section VII refers to a 401K account maintained by Fidelity Investments consisting of investments identified in that section. Each year, a maximum allowable 401K constribution is made (total value K,) which is allocated pursuant to formula among various of the 401K fund investments identified in this report. Each allocated amount has a value of J.

Nationwide annuity contract, as used in Section VII refers to a Nationwide variable annuity account containing investments identified in that section.

In Section VII, items 100 and 103 are money market funds that would be the subject of multiple purchases and sales during the course of the year. At year end, the increased value of each fund had a value of J.

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/9/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOAN M. AZRACK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544